IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03624-LTB-GPG

KENT VU PHAN,

    Plaintiff,

v.

RED SKY HOMEOWNERS ASSOCIATION INC.,

    Defendant.

## ORDER OF DISMISSAL

This matter is before the Court on the Recommendation Regarding Dismissal filed March 5, 2021 (ECF No. 9).   Plaintiff filed written objections to the Recommendation (ECF No. 12).   The Court has reviewed the Recommendation *de novo* in light of the file and record in this case.   On *de novo* review the Court concludes that the Recommendation is correct for the reasons stated therein.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of appeal.   See *Coppedge v. United States*, 369 U.S. 438 (1962).   If Plaintiff files a notice of appeal, he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the U.S. Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the objections (ECF No. 12) are overruled.   It is

FURTHER ORDERED that the Recommendation Regarding Dismissal (ECF No.

9) is accepted and adopted.   It is

FURTHER ORDERED that the federal claims in the Amended Complaint (ECF No. 6) and this action are DISMISSED WITHOUT PREJUDICE for failure to comply with Rule 8 of the Federal Rules of Civil Procedure.   It is

FURTHER ORDERED that the Court declines to exercise supplemental jurisdiction over any state law claims in the Amended Complaint (ECF No. 6), and such claims likewise are DISMISSED WITHOUT PREJUDICE.   It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   4th   day of    May   , 2021.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court